UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Velma Joyce Bolin,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Progressive Northwestern Insurance Company &<br>State Farm Mutual Automobile Insurance Company<br><br>　　　　Defendant(s) | Case No. 4:07cv1732JCH |

## ORDER

The above styled and numbered case was filed on October 19, 2007 and randomly assigned to the Honorable Jean C. Hamilton, United States District Judge.

After a review of the case, due to clerk error, the Clerk's Office found that the case should have been assigned to the Northern Division. Accordingly, the case has been transferred to the Northern Division and randomly assigned to Honorable Audrey G. Fleissig, United States Magistrate Judge.

Dated this 6th day of November, 2007

　　　　　　　　　　　　　　　　　　JAMES G. WOODWARD
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 2:07cv00049AGF.**.