UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| VELMA JOYCE BOLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07CV0049 AGF |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY and STATE ) | |
| FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM**

This cause is before the Court,[1] sua sponte upon review of the file.

In a Memorandum and Order filed April 7, 2009, the Court granted Defendant State Farm Mutual Automobile Insurance Co.'s motion for summary judgment, and judgment against Plaintiff was entered that same date.[2] [Doc. ##45, 46.] A review of the Memorandum and Order shows there to be an error within the text on page 8, appearing at line 16. The relevant sentence in which this error appears currently reads as follows: "In September 2005, Petitioner went to Mississippi to work for FEMA in connection with Hurricane Katrina clean-up." Instead of "Petitioner," the Court intended to refer to the "Decedent" in this

---

[1] All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties, pursuant to 28 U.S.C. § 636(c).

[2] On December 8, 2008, this Court granted summary judgment to Defendant Progressive Northwestern Insurance Co. on Plaintiff's claims against it. [Doc. #34.]

sentence. As such, the relevant sentence should read: "In September 2005, Decedent went to Mississippi to work for FEMA in connection with Hurricane Katrina clean-up."

To avoid any potential confusion in the future, the undersigned determines it appropriate to refile the Memorandum and Order in its entirety with the language corrected on page 8. Inasmuch as this correction does not affect this Court's analysis or resolution of the issues raised in Defendant's motion for summary judgment, nor this Court's judgment rendered thereon, the entry of a corrected Memorandum and Order, *nunc pro tunc* as of the date of its original filing, that is, April 7, 2009, is appropriate.

A separate and corrected Memorandum and Order is filed herewith, *nunc pro tunc* as of April 7, 2009.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of April, 2009.